O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD ALLEN KELLEMS, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MICHAEL J. ASTRUE, Commissioner of ) <br> Social Security. ) <br> ) <br> Defendant. ) <br> ) | CASE NO. ED CV 10-00304 RZ <br><br> JUDGMENT |

In accordance with the Memorandum Opinion and Order filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the Commissioner's decision is AFFIRMED.

DATED: December 6, 2010

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE